**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | | |
|---|---|---|
| In re:    MAROTTO CORPORATION | § | Case No. 1:19-bk-10293-VK |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  David K. Gottlieb, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $4,172.00 *(without deducting any secured claims)* | Assets Exempt:  N/A |
| Total Distribution to Claimants:  $44,951.83 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:  $9,886.73 | |

  3) Total gross receipts of $69,681.13 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $14,842.57 (see **Exhibit 2**), yielded net receipts of $54,838.56 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,886.73 | 9,886.73 | 9,886.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 800.00 | 800.00 | 800.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 150,455.70 | 44,151.83 | 44,151.83 | 44,151.83 |
| **TOTAL DISBURSEMENTS** | **$150,455.70** | **$54,838.56** | **$54,838.56** | **$54,838.56** |

4) This case was originally filed under Chapter 7 on 02/07/2019. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Dated: 09/09/2021           By: /s/ David K. Gottlieb
                                                    Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable 90 days old or less | 1121-000 | 50,718.58 |
| Bank of America General Account 3219 | 1129-000 | 14,274.74 |
| Bank of America Payroll Account 2677 | 1129-000 | 425.00 |
| Bank of America Subcontractor Account 3966 | 1129-000 | 3,882.00 |
| Credit Refund re: Verizon | 1229-000 | 11.15 |
| Refund - Spectrum | 1229-000 | 55.75 |
| Class Action Settlement re: Elter v Allstate | 1249-000 | 313.91 |
| **TOTAL GROSS RECEIPTS** | | **$69,681.13** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mario Marotto | Surplus Funds to Shareholder | 8200-002 | 14,842.57 |
| MAROTTO CORPORATION | Dividend of 100.000000000%, Claim No.SURPLUS.; Voided on 05/17/2021 | 8200-002 | 0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$14,842.57** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | N/A | | | |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| D. Gottlieb & Associates LLC | 2100-000 | N/A | 5,991.93 | 5,991.93 | 5,991.93 |
| D. Gottlieb & Associates LLC | 2200-000 | N/A | 230.09 | 230.09 | 230.09 |
| Hahn Fife & Company, LLP | 3210-000 | N/A | 1,711.00 | 1,711.00 | 1,711.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Hahn Fife & Company, LLP | 3420-000 | | N/A | 242.50 | 242.50 | 242.50 |
| International Sureties, Ltd. | 2300-003 | | N/A | 127.43 | 127.43 | 127.43 |
| Signature Bank | 2600-000 | | N/A | 757.20 | 757.20 | 757.20 |
| Franchise Tax Board | 2820-000 | | N/A | 826.58 | 826.58 | 826.58 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | | **N/A** | **$9,886.73** | **$9,886.73** | **$9,886.73** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00004 | Franchise Tax Board Bankruptcy Section MS A340 | 5800-000 | 0.00 | 800.00 | 800.00 | 800.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$800.00** | **$800.00** | **$800.00** |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001 | Leader Electric | 7100-001 | 387.87 | 519.75 | 519.75 | 519.75 |
| 00001-I | Leader Electric | 7990-001 | N/A | 29.13 | 29.13 | 29.13 |
| 00002 | Coulter's Flooring | 7100-000 | 325.93 | 325.93 | 325.93 | 325.93 |
| 00002-I | Coulter's Flooring | 7990-000 | N/A | 18.27 | 18.27 | 18.27 |
| 00003 | Bedrock Security, Inc. | 7100-000 | 421.62 | 421.62 | 421.62 | 421.62 |
| 00003-I | Bedrock Security, Inc. | 7990-000 | N/A | 23.63 | 23.63 | 23.63 |
| 00004-I | Franchise Tax Board Bankruptcy Section MS A340 | 7990-000 | N/A | 44.84 | 44.84 | 44.84 |
| 00005 | Mueller Electric | 7100-001 | 125.08 | 695.56 | 695.56 | 695.56 |
| 00005-I | Mueller Electric | 7990-001 | N/A | 38.99 | 38.99 | 38.99 |
| 00006 | Fox River Cleaning Services Inc. | 7100-000 | N/A | 1,330.00 | 1,330.00 | 1,330.00 |
| 00006-I | Fox River Cleaning Services Inc. | 7990-000 | N/A | 74.55 | 74.55 | 74.55 |
| 00007 | American Express Centurion Bank c/o Becket and Lee LLP | 7100-001 | 8,470.00 | 9,175.22 | 9,175.22 | 9,175.22 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 00007-I | American Express Centurion Bank c/o Becket and Lee LLP | 7990-001 | N/A | 514.30 | 514.30 | 514.30 |
| 00008 | American Express Centurion Bank c/o Becket and Lee LLP | 7100-001 | 15,236.00 | 15,439.22 | 15,439.22 | 15,439.22 |
| 00008-I | American Express Centurion Bank c/o Becket and Lee LLP | 7990-001 | N/A | 865.42 | 865.42 | 865.42 |
| 00009 | The Flying Locksmiths - Minneapolis | 7100-000 | 127.00 | 154.11 | 154.11 | 154.11 |
| 00009-I | The Flying Locksmiths - Minneapolis | 7990-000 | N/A | 8.64 | 8.64 | 8.64 |
| 00010 | Konica Minolta 1111 Old Eagle School Road Wilmington, DE 198 | 7100-001 | N/A | 3,422.29 | 3,422.29 | 3,422.29 |
| 00010-I | Konica Minolta 1111 Old Eagle School Road Wilmington, DE 198 | 7990-001 | N/A | 191.83 | 191.83 | 191.83 |
| 00011 | Master Maintenance Systems, Inc | 7100-000 | 490.00 | 7,080.69 | 7,080.69 | 7,080.69 |
| 00011-I | Master Maintenance Systems, Inc | 7990-000 | N/A | 396.89 | 396.89 | 396.89 |
| 00012 | Lyons Contracting | 7100-000 | 2,215.00 | 2,658.49 | 2,658.49 | 2,658.49 |
| 00012-I | Lyons Contracting | 7990-000 | N/A | 149.02 | 149.02 | 149.02 |
| 00013 | Northwest Business Park James B Cole | 7100-000 | 0.00 | 543.00 | 543.00 | 543.00 |
| 00013-I | Northwest Business Park James B Cole | 7990-000 | N/A | 30.44 | 30.44 | 30.44 |
| NOTFILED | 3C Electric Systems, LLC | 7100-000 | 330.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | A Quality Chem Dry | 7100-000 | 150.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | A&L Electric | 7100-000 | 265.92 | 0.00 | 0.00 | 0.00 |
| NOTFILED | A-1 Plus Electrical | 7100-000 | 215.37 | 0.00 | 0.00 | 0.00 |
| NOTFILED | A1 Affordabel Locksmiths, LLC | 7100-000 | 375.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AC Professional Handyman, LLC | 7100-000 | 280.88 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Advance Plumbing Commercial & Resid | 7100-000 | 175.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ahlee Backflow Service | 7100-000 | 115.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Alford's Affordable Services, LLC | 7100-000 | 125.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Alford's Affordable Services, LLC | 7100-000 | 250.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | All County Services, Corp. | 7100-000 | 120.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Alley Carpet & Flooring | 7100-000 | 1,062.10 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Amador Plumbing | 7100-000 | 195.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Amew Electrical Services | 7100-000 | 150.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | APower Electric Serviceve Corp | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | ASAP Renovation | 7100-000 | 4,225.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | ASAP Solutions, Inc. | 7100-000 | 408.75 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Axis Plumbing, inc. | 7100-000 | 357.62 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Azeca Enterprises | 7100-000 | 495.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Azeca Enterprises | 7100-000 | 8,169.64 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bakersfield Team Locksmith | 7100-000 | 125.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Bayshore Electric, Inc. | 7100-000 | 113.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Best Janitorial | 7100-000 | 160.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | BIHM & Greer Ent/Mr. Electric | 7100-000 | 144.49 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Blue Planet Construction Services | 7100-000 | 1,090.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | BME | 7100-000 | 215.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bob Locksmith | 7100-000 | 200.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Brandon Electric | 7100-000 | 250.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Brian's Handyman Service | 7100-000 | 149.25 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bryan's Glass, Inc. | 7100-000 | 250.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Budget Rooter & Plumbing, Inc. | 7100-000 | 385.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Building Services of Chicago, LLC | 7100-000 | 133.43 | 0.00 | 0.00 | 0.00 |
| NOTFILED | BZ Electric Service, LLC | 7100-000 | 1,089.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | C. Ewert Plumbing & Heating, Inc. | 7100-000 | 125.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | C2H Air and Electric, LLC | 7100-000 | 165.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cardinal Electric, Inc. | 7100-000 | 135.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Carter Electric | 7100-000 | 880.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Celestine Construction | 7100-000 | 200.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Citibank Business Master Card | 7100-000 | 55,096.68 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cohan Professional Services LLC | 7100-000 | 478.36 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Corporate Janitorial Service | 7100-000 | 250.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Current Electric Contracting, LLC | 7100-000 | 373.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cutting Edge Tech & Design, Inc. | 7100-000 | 175.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dakota Backflo-Co | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dallas Carpet Repair | 7100-000 | 650.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Demers Glass, LLC | 7100-000 | 234.90 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dependable HVAC & Plumbing Svc | 7100-000 | 345.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Done Deal Iron Works | 7100-000 | 360.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Door Works | 7100-000 | 145.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Drain Aid Plumbing | 7100-000 | 75.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Durham Plumbing Repair, Inc. | 7100-000 | 135.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dwayne Spence Home Improvement | 7100-000 | 420.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | East Coast Electrical Services, Inc | 7100-000 | 183.92 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Eric The Plumber, LLC | 7100-000 | 100.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ewert Plumbing & Heating, Inc. | 7100-000 | 125.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Fattah, Inc/Best Janitorial | 7100-000 | 250.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Firelands Electric, Inc. | 7100-000 | 178.81 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | First Class Building Maintenance | 7100-000 | 1,478.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Fowler Electric | 7100-000 | 303.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Frank Blair Professional Plumbing | 7100-000 | 461.55 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Freund Plumbing & Hearting, LLC | 7100-000 | 215.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Frost & Krestsch Plumbing, Inc. | 7100-000 | 180.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Gallo Mechanical Services, LLC | 7100-000 | 125.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Gaudet Electric Company, LLC | 7100-000 | 315.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Giroux Electrical Contractors, Inc. | 7100-000 | 160.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Goldstar Electric | 7100-000 | 250.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Grand Strand Electric, LLC | 7100-000 | 125.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Grizzly Plumbing | 7100-000 | 350.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Handy Dan's Construction | 7100-000 | 150.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Handyman Krew | 7100-000 | 150.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Harcor Group, Inc. | 7100-000 | 170.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Harold Durst Plumbing, Inc. | 7100-000 | 860.59 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Hendrick & Young Plumbing | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | High Desert Lock & Safe | 7100-000 | 155.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Humbolt Fence Co | 7100-000 | 900.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Husmann Plumbing | 7100-000 | 125.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Innovative | 7100-000 | 170.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | J. Carillo Plumbing and Drains | 7100-000 | 165.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | J. Hanging C. Investments | 7100-000 | 124.22 | 0.00 | 0.00 | 0.00 |
| NOTFILED | J.K. Wake Company | 7100-000 | 160.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jack's Overhead Door, Inc. | 7100-000 | 170.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jay's Construction | 7100-000 | 81.27 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jeda Good Care Service, Inc. | 7100-000 | 375.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jim Corridon Electric Co | 7100-000 | 842.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | JL Taylor Electrical | 7100-000 | 195.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | John B. Gregory & Son, LLC | 7100-000 | 100.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | John Davis Electrical Services, Inc. | 7100-000 | 250.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jones Glass | 7100-000 | 100.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kaiser Foundation Health Plan | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Keith's Lock and Door Serv, LLC | 7100-000 | 125.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | KMER Plumbing Sewer, Drain | 7100-000 | 812.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Liberty Locksmiths, Inc. | 7100-000 | 990.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Liberty Mutual Insurance | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Light It Up Solar & Electric | 7100-000 | 800.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Lighthouse Electrical, LLC | 7100-000 | 125.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Lincoln Lock/Lincoln Lock & Safe | 7100-000 | 100.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Local Service Pro Plumbing | 7100-000 | 59.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Lock Busters Of Louisiana | 7100-000 | 140.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mainline Plumbing | 7100-000 | 226.20 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mannington Commercial | 7100-000 | 585.14 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mark Harmon | 7100-000 | 200.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Metro Rooter | 7100-000 | 125.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Midwest Door Specialist | 7100-000 | 80.25 | 0.00 | 0.00 | 0.00 |
| NOTFILED | MM Plumbing and Heating, LLC | 7100-000 | 125.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mr. Handyman | 7100-000 | 64.95 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mr. Handyman of Keller | 7100-000 | 245.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mr. Handyman of SE Lake Norman | 7100-000 | 259.55 | 0.00 | 0.00 | 0.00 |
| NOTFILED | North Shore Service Plumbers | 7100-000 | 145.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | On Point Electric | 7100-000 | 250.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Osborne Plumbing and Drain | 7100-000 | 137.28 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Patrick Electrical Service | 7100-000 | 1,757.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Phillips Handyman Service | 7100-000 | 125.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pitney Bowes Global Financial | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Plumbing Helper, Inc. | 7100-000 | 159.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Plumbing King | 7100-000 | 100.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | PNH Maintenance & Repair | 7100-000 | 500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Prestige Lara Electric, Inc. | 7100-000 | 545.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Priority Building Service | 7100-000 | 4,788.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Priority Plumbing | 7100-000 | 618.97 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Property Tech Industries, Inc. | 7100-000 | 150.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | PWC | 7100-000 | 250.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Quinton Johnson | 7100-000 | 145.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | R&R Ink Electricl Service | 7100-000 | 480.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Raj Maintenance | 7100-000 | 400.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rayco Construction | 7100-000 | 375.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | RCP Landscapes | 7100-000 | 100.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ready Electric Systems, Inc. | 7100-000 | 150.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ready Fresh | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Reliable Electric, LLC | 7100-000 | 225.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Remedy Rooter | 7100-000 | 160.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rescue One Plumbing | 7100-000 | 145.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | RIC Electric | 7100-000 | 330.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ridge Electric, LLC | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rooter Right, LLC | 7100-000 | 600.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rose Electric | 7100-000 | 180.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Roto Rooter Services Company, MO | 7100-000 | 612.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Roy's Glass Service | 7100-000 | 225.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | S.H. Design | 7100-000 | 225.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Santa Rosa Glass | 7100-000 | 175.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Scroggins Plumbing | 7100-000 | 195.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sean Hemmati Interiors | 7100-000 | 80.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Service Specialist LLC/Emerg Plumbng | 7100-000 | 164.54 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Spartan Handyman | 7100-000 | 200.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SRV Electric, LLC | 7100-000 | 150.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | State Compensation Insurance Fund | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sunbest Rentals, Inc. | 7100-000 | 2,661.84 | 0.00 | 0.00 | 0.00 |
| NOTFILED | TCL Electrical, LLC | 7100-000 | 140.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | TFL Silicon Valley/TheFlying Locksmh | 7100-000 | 544.28 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Flying Locksmith of Central CT | 7100-000 | 135.60 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Flying Locksmith-Nashville TN | 7100-000 | 148.75 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Flying Locksmiths Greater Charl | 7100-000 | 364.95 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Flying Locksmiths-Long Island | 7100-000 | 275.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Flying Locksmiths-Randolph MA | 7100-000 | 125.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Flying Locksmiths-Winter Park | 7100-000 | 150.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Plumbing Connection | 7100-000 | 150.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Thomas Electrical Services, LLC | 7100-000 | 575.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Time Warner Cable | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | TNT Electricl Services | 7100-000 | 225.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Tom's Handyman Services | 7100-000 | 375.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Top North Sewer & Drain | 7100-000 | 265.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Trinity Service | 7100-000 | 365.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | United Plumbing & Contracting | 7100-000 | 1,079.65 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Valley Electric Inc. | 7100-000 | 120.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Veltex Services | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | WCH Enterprises, Ltd. | 7100-000 | 175.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Willaimsburg Handy Husband, LLC | 7100-000 | 275.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Wind River Environmental, LLC | 7100-000 | 527.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Windemere Electric | 7100-000 | 375.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Winkle's Plumbing | 7100-000 | 285.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Wire to Wire | 7100-000 | 430.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Wright Electrical Company | 7100-000 | 325.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | YMY Investments LLC | 7100-000 | 460.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Yuba Safe & Lock | 7100-000 | 144.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$150,455.70** | **$44,151.83** | **$44,151.83** | **$44,151.83** |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1     Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

Page: 1

**ASSET CASES**

| Case Number: | 19-10293 VK | | Trustee: | David K. Gottlieb |
|---|---|---|---|---|
| Case Name: | MAROTTO CORPORATION | | Filed (f) or Converted (c): | 02/07/19 (f) |
| | | | §341(a) Meeting Date: | 03/15/19 |
| Period Ending: | 09/09/21 | | Claims Bar Date: | 07/01/19 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | | | Estimated Net Value | | | Asset Fully |
| | | Petition/ | (Value Determined By Trustee, | Property | Sale/Funds | Administered (FA)/ |
| | Asset Description | Unscheduled | Less Liens, Exemptions, | Abandoned | Received by | Gross Value of |
| Ref # | (Scheduled And Unscheduled (u) Property) | Values | and Other Costs) | OA=§554(a) Abandon | the Estate | Remaining Assets |
| 1 | Bank of America General Account 3219 | 4,337.00 | 0.00 | | 14,274.74 | FA |
| 2 | Bank of America Subcontractor Account 3966 | 3,882.00 | 0.00 | | 3,882.00 | FA |
| 3 | Bank of America Payroll Account 2677 | 425.00 | 0.00 | | 425.00 | FA |
| 4 | Security Deposit with Landlord - Northwest Business Park | 3,472.00 | 0.00 | | 0.00 | FA |
| 5 | Accounts receivable 90 days old or less | 80,868.00 | 0.00 | | 50,718.58 | FA |
| 6 | Several used desks, deskchairs and file cabinets | 200.00 | 0.00 | OA | 0.00 | FA |
| 7 | Telephone System, Monitors, computers, printers, server (All placed in Storage Facility located at EZ Storage, 9420 DeSoto Avenue, Chatsworth CA 91311) | 500.00 | 0.00 | OA | 0.00 | FA |
| 8 | Refund - Spectrum (u) | 0.00 | 55.75 | | 55.75 | FA |
| 9 | Class Action Settlement re: Elter v Allstate (u) | 0.00 | 313.91 | | 313.91 | FA |
| 10 | Credit Refund re: Verizon (u) | 0.00 | 11.15 | | 11.15 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$93,684.00** | **$380.81** | | **$69,681.13** | **$0.00** |

**Major activities affecting case closing:**
STATUS AS OF 6/30/2020:

All assets have been administered.

Professionals:  The trustee has employed Hahn Fife & Company, LLP as accountants.

Taxes:  The Trustee submitted the final tax return on 5/22/2020.  The Trustee is awaiting receipt of the 505(b) letter.  Once received the Trustee will immediately begin case closing procedures.

The Trustee did not submit his TFR by the previously reported TFR date (6/30/2020) because the Trustee is awaiting receipt of the 505(b) tax clearance letter.

Current Projected TFR Date:  1/31/2021

STATUS AS OF 6/30/2019:

This case was commenced on 3/28/19 when the Debtor filed a voluntary bankruptcy petition under Chapter 7 of the Bankruptcy Code.

The Notice of Assets was filed with the Court on 4/16/19.

**FORM 1** Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES** Page: 2

Asset #5: The Trustee is collecting outstanding accounts receivable.

Claims: The Trustee has begun his claims review.

Taxes: The Trustee will employ accountants to prepare estate returns.

Initial Projected TFR Date: 6/30/2020

**Initial Projected Date of Final Report (TFR):** June 30, 2020        **Current Projected Date of Final Report (TFR):** February 10, 2021 (Actual)

  September 09, 2021                                /s/ David K. Gottlieb
         Date                                                David K. Gottlieb

Case 1:19-bk-10293-VK    Doc 32    Filed 09/24/21    Entered 09/24/21 06:57:58    Desc
Main Document    Page 13 of 20

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 19-10293 VK | | Trustee: | David K. Gottlieb |
|---|---|---|---|---|
| Case Name: | MAROTTO CORPORATION | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******6019 - Checking Account |
| Taxpayer ID#: | **-***0419 | | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 09/09/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/19/19 | Asset #10 | Verizon | Credit Refund | 1229-000 | 11.15 | | 11.15 |
| 03/19/19 | Asset #5 | PAE | Accounts Receivable | 1121-000 | 803.90 | | 815.05 |
| 03/19/19 | Asset #8 | Spectrum | Refund | 1229-000 | 55.75 | | 870.80 |
| 03/19/19 | Asset #9 | Elter v Allstate settlement fund | Class action settlement | 1249-000 | 313.91 | | 1,184.71 |
| 03/19/19 | Asset #5 | Taco Chop 100 Mexican Grill INC | Accounts Receivable | 1121-000 | 351.28 | | 1,535.99 |
| 03/19/19 | Asset #5 | Petco | Accounts Receivable | 1121-000 | 790.00 | | 2,325.99 |
| 03/19/19 | Asset #5 | Petco | Accounts Receivable | 1121-000 | 43,079.87 | | 45,405.86 |
| 03/19/19 | Asset #5 | Petco | Accounts Receivable | 1121-000 | 605.84 | | 46,011.70 |
| 03/19/19 | Asset #5 | Big 5 Corp. | Accounts Receivable | 1121-000 | 300.00 | | 46,311.70 |
| 03/19/19 | Asset #5 | Big 5 Corp. | Accounts Receivable | 1121-000 | 1,921.48 | | 48,233.18 |
| 03/25/19 | | B of A Cashier's Check | Closed bank Account Funds | | 18,581.74 | | 66,814.92 |
| 03/25/19 | Asset #1 | | 14,274.74 | 1129-000 | | | 66,814.92 |
| 03/25/19 | Asset #3 | | 425.00 | 1129-000 | | | 66,814.92 |
| 03/25/19 | Asset #2 | | 3,882.00 | 1129-000 | | | 66,814.92 |
| 04/23/19 | Asset #5 | Big 5 Sporting Goods | Accounts Receivable | 1121-000 | 2,866.21 | | 69,681.13 |
| 07/12/19 | 51001 | International Sureties, Ltd. | Bond Premium | 2300-003 | | 5.40 | 69,675.73 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 19-10293 VK | | Trustee: | David K. Gottlieb |
| --- | --- | --- | --- | --- |
| Case Name: | MAROTTO CORPORATION | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******6019 - Checking Account |
| Taxpayer ID#: | **-***0419 | | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 09/09/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/12/19 | 51001 | International Sureties, Ltd. | Bond Premium International Sureties, Ltd. | 2300-003 | | -5.40 | 69,681.13 |
| 07/12/19 | 51002 | International Sureties, Ltd. | Bond # 016030866 - Bond Premium - Term: 1/4/19 to 1/4/20 | 2300-000 | | 5.40 | 69,675.73 |
| 01/21/20 | 51003 | International Sureties, Ltd. | Bond Premium - Bond No. 016030866 | 2300-000 | | 50.97 | 69,624.76 |
| 07/08/20 | | Signature Bank | Transfer to account ending 8925 | 9999-000 | | 69,624.76 | 0.00 |

|  |  | ACCOUNT TOTALS | 69,681.13 | 69,681.13 | $0.00 |
| --- | --- | --- | --- | --- | --- |
| | | Less: Bank Transfers | 0.00 | 69,624.76 | |
| | | Subtotal | 69,681.13 | 56.37 | |
| | | Less: Payment to Debtors | | 0.00 | |
| | | NET Receipts / Disbursements | $69,681.13 | $56.37 | |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 3

| Case Number: | 19-10293 VK | | Trustee: | David K. Gottlieb |
| --- | --- | --- | --- | --- |
| Case Name: | MAROTTO CORPORATION | | Bank Name: | Signature Bank |
| | | | Account: | ******8925 - Checking Account |
| Taxpayer ID#: | **-***0419 | | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 09/09/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/08/20 | | Texas Capital Bank | Transfer from account ending 6019 | 9999-000 | 69,624.76 | | 69,624.76 |
| 07/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 85.32 | 69,539.44 |
| 08/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 114.86 | 69,424.58 |
| 09/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 110.97 | 69,313.61 |
| 11/02/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 110.79 | 69,202.82 |
| 11/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 114.31 | 69,088.51 |
| 12/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 114.11 | 68,974.40 |
| 01/20/21 | 60001 | International Sureties, Ltd. | Bond Payment, Bond #016229731 Term: 01/04/21 - 01/04/22 | 2300-000 | | 71.06 | 68,903.34 |
| 01/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 106.84 | 68,796.50 |
| 05/17/21 | 60002 | D. Gottlieb & Associates LLC | Dividend of 100.000000000%. | 2100-000 | | 5,991.93 | 62,804.57 |
| 05/17/21 | 60003 | D. Gottlieb & Associates LLC | Dividend of 100.000000000%. | 2200-000 | | 230.09 | 62,574.48 |
| 05/17/21 | 60004 | Hahn Fife & Company, LLP | Dividend of 100.000000000%. | 3210-000 | | 1,711.00 | 60,863.48 |
| 05/17/21 | 60005 | Hahn Fife & Company, LLP | Dividend of 100.000000000%. | 3420-000 | | 242.50 | 60,620.98 |
| 05/17/21 | 60006 | Franchise Tax Board | Dividend of 100.000000000%, Claim No.14. | 2820-000 | | 826.58 | 59,794.40 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 4

| Case Number: | 19-10293 VK | | Trustee: | David K. Gottlieb |
|---|---|---|---|---|
| Case Name: | MAROTTO CORPORATION | | Bank Name: | Signature Bank |
| | | | Account: | ******8925 - Checking Account |
| Taxpayer ID#: | **-***0419 | | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 09/09/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/17/21 | 60007 | Franchise Tax Board Bankruptcy Section MS A340 | Dividend of 100.000000000%, Claim No.00004. | 5800-000 | | 800.00 | 58,994.40 |
| 05/17/21 | 60008 | Leader Electric | Dividend of 100.000000000%, Claim No.00001. ;  Stopped on 08/23/2021 | 7100-004 | | 519.75 | 58,474.65 |
| 05/17/21 | 60009 | Coulter's Flooring | Dividend of 100.000000000%, Claim No.00002. | 7100-000 | | 325.93 | 58,148.72 |
| 05/17/21 | 60010 | Bedrock Security, Inc. | Dividend of 100.000000000%, Claim No.00003. | 7100-000 | | 421.62 | 57,727.10 |
| 05/17/21 | 60011 | Mueller Electric | Dividend of 100.000000000%, Claim No.00005. ;  Stopped on 08/23/2021 | 7100-004 | | 695.56 | 57,031.54 |
| 05/17/21 | 60012 | Fox River Cleaning Services Inc. | Dividend of 100.000000000%, Claim No.00006. | 7100-000 | | 1,330.00 | 55,701.54 |
| 05/17/21 | 60013 | American Express Centurion Bank c/o Becket and Lee LLP | Dividend of 100.000000000%, Claim No.00007. ;  Stopped on 08/23/2021 | 7100-004 | | 9,175.22 | 46,526.32 |
| 05/17/21 | 60014 | American Express Centurion Bank c/o Becket and Lee LLP | Dividend of 100.000000000%, Claim No.00008. ;  Stopped on 08/23/2021 | 7100-004 | | 15,439.22 | 31,087.10 |
| 05/17/21 | 60015 | The Flying Locksmiths - Minneapolis | Dividend of 100.000000000%, Claim No.00009. | 7100-000 | | 154.11 | 30,932.99 |
| 05/17/21 | 60016 | Konica Minolta 1111 Old Eagle School Road Wilmington, DE 198 | Dividend of 100.000000000%, Claim No.00010. ;  Stopped on 08/23/2021 | 7100-004 | | 3,422.29 | 27,510.70 |
| 05/17/21 | 60017 | Master Maintenance Systems, Inc | Dividend of 100.000000000%, Claim No.00011. | 7100-000 | | 7,080.69 | 20,430.01 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 5

| Case Number: | 19-10293 VK | | Trustee: | David K. Gottlieb |
|---|---|---|---|---|
| Case Name: | MAROTTO CORPORATION | | Bank Name: | Signature Bank |
| | | | Account: | ******8925 - Checking Account |
| Taxpayer ID#: | **-***0419 | | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 09/09/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/17/21 | 60018 | Lyons Contracting | Dividend of 100.000000000%, Claim No.00012. | 7100-000 | | 2,658.49 | 17,771.52 |
| 05/17/21 | 60019 | Northwest Business Park James B Cole | Dividend of 100.000000000%, Claim No.00013. | 7100-000 | | 543.00 | 17,228.52 |
| 05/17/21 | 60020 | Leader Electric | Dividend of 100.000000000%, Claim No.00001-I. ;   Stopped on 08/23/2021 | 7990-004 | | 29.13 | 17,199.39 |
| 05/17/21 | 60021 | Coulter's Flooring | Dividend of 100.000000000%, Claim No.00002-I. | 7990-000 | | 18.27 | 17,181.12 |
| 05/17/21 | 60022 | Bedrock Security, Inc. | Dividend of 100.000000000%, Claim No.00003-I. | 7990-000 | | 23.63 | 17,157.49 |
| 05/17/21 | 60023 | Franchise Tax Board Bankruptcy Section MS A340 | Dividend of 100.000000000%, Claim No.00004-I. | 7990-000 | | 44.84 | 17,112.65 |
| 05/17/21 | 60024 | Mueller Electric | Dividend of 100.000000000%, Claim No.00005-I. ;   Stopped on 08/23/2021 | 7990-004 | | 38.99 | 17,073.66 |
| 05/17/21 | 60025 | Fox River Cleaning Services Inc. | Dividend of 100.000000000%, Claim No.00006-I. | 7990-000 | | 74.55 | 16,999.11 |
| 05/17/21 | 60026 | American Express Centurion Bank c/o Becket and Lee LLP | Dividend of 100.000000000%, Claim No.00007-I. ;   Stopped on 08/23/2021 | 7990-004 | | 514.30 | 16,484.81 |
| 05/17/21 | 60027 | American Express Centurion Bank c/o Becket and Lee LLP | Dividend of 100.000000000%, Claim No.00008-I. ;   Stopped on 08/23/2021 | 7990-004 | | 865.42 | 15,619.39 |
| 05/17/21 | 60028 | The Flying Locksmiths - Minneapolis | Dividend of 100.000000000%, Claim No.00009-I. | 7990-000 | | 8.64 | 15,610.75 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 6

| Case Number: | 19-10293 VK | | Trustee: | David K. Gottlieb |
| --- | --- | --- | --- | --- |
| Case Name: | MAROTTO CORPORATION | | Bank Name: | Signature Bank |
| | | | Account: | ******8925 - Checking Account |
| Taxpayer ID#: | **-***0419 | | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 09/09/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/17/21 | 60029 | Konica Minolta 1111 Old Eagle School Road Wilmington, DE 198 | Dividend of 100.000000000%, Claim No.00010-I. ;   Stopped on 08/23/2021 | 7990-004 | | 191.83 | 15,418.92 |
| 05/17/21 | 60030 | Master Maintenance Systems, Inc | Dividend of 100.000000000%, Claim No.00011-I. | 7990-000 | | 396.89 | 15,022.03 |
| 05/17/21 | 60031 | Lyons Contracting | Dividend of 100.000000000%, Claim No.00012-I. | 7990-000 | | 149.02 | 14,873.01 |
| 05/17/21 | 60032 | Northwest Business Park James B Cole | Dividend of 100.000000000%, Claim No.00013-I. | 7990-000 | | 30.44 | 14,842.57 |
| 05/17/21 | 60033 | MAROTTO CORPORATION | Dividend of 100.000000000%, Claim No.SURPLUS. ; Voided on 05/17/2021 | 8200-003 | | 14,842.57 | 0.00 |
| 05/17/21 | 60033 | MAROTTO CORPORATION | Dividend of 100.000000000%, Claim No.SURPLUS. ; Voided: Check issued on 05/17/2021 | 8200-003 | | -14,842.57 | 14,842.57 |
| 05/17/21 | 60034 | Mario Marotto | Surplus Funds to Shareholder | 8200-002 | | 14,842.57 | 0.00 |
| 08/23/21 | 60008 | Leader Electric | Dividend of 100.000000000%, Claim No.00001. ;   Stopped: Check issued on 05/17/2021 | 7100-004 | | -519.75 | 519.75 |
| 08/23/21 | 60011 | Mueller Electric | Dividend of 100.000000000%, Claim No.00005. ;   Stopped: Check issued on 05/17/2021 | 7100-004 | | -695.56 | 1,215.31 |
| 08/23/21 | 60013 | American Express Centurion Bank c/o Becket and Lee LLP | Dividend of 100.000000000%, Claim No.00007. ;   Stopped: Check issued on 05/17/2021 | 7100-004 | | -9,175.22 | 10,390.53 |
| 08/23/21 | 60014 | American Express Centurion Bank c/o Becket and Lee LLP | Dividend of 100.000000000%, Claim No.00008. ;   Stopped: Check issued on 05/17/2021 | 7100-004 | | -15,439.22 | 25,829.75 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 7

| Case Number: | 19-10293 VK | | Trustee: | David K. Gottlieb |
| --- | --- | --- | --- | --- |
| Case Name: | MAROTTO CORPORATION | | Bank Name: | Signature Bank |
| | | | Account: | ******8925 - Checking Account |
| Taxpayer ID#: | **-***0419 | | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 09/09/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/23/21 | 60016 | Konica Minolta 1111 Old Eagle School Road Wilmington, DE 198 | Dividend of 100.000000000%, Claim No.00010. ; Stopped: Check issued on 05/17/2021 | 7100-004 | | -3,422.29 | 29,252.04 |
| 08/23/21 | 60020 | Leader Electric | Dividend of 100.000000000%, Claim No.00001-I. ; Stopped: Check issued on 05/17/2021 | 7990-004 | | -29.13 | 29,281.17 |
| 08/23/21 | 60024 | Mueller Electric | Dividend of 100.000000000%, Claim No.00005-I. ; Stopped: Check issued on 05/17/2021 | 7990-004 | | -38.99 | 29,320.16 |
| 08/23/21 | 60026 | American Express Centurion Bank c/o Becket and Lee LLP | Dividend of 100.000000000%, Claim No.00007-I. ; Stopped: Check issued on 05/17/2021 | 7990-004 | | -514.30 | 29,834.46 |
| 08/23/21 | 60027 | American Express Centurion Bank c/o Becket and Lee LLP | Dividend of 100.000000000%, Claim No.00008-I. ; Stopped: Check issued on 05/17/2021 | 7990-004 | | -865.42 | 30,699.88 |
| 08/23/21 | 60029 | Konica Minolta 1111 Old Eagle School Road Wilmington, DE 198 | Dividend of 100.000000000%, Claim No.00010-I. ; Stopped: Check issued on 05/17/2021 | 7990-004 | | -191.83 | 30,891.71 |
| 08/24/21 | 60035 | U.S, Bankruptcy Court | Unclaimed Funds | | | 30,891.71 | 0.00 |
| 08/24/21 | | Mueller Electric | 38.99 | 7990-001 | | | 0.00 |
| 08/24/21 | | Mueller Electric | 695.56 | 7100-001 | | | 0.00 |
| 08/24/21 | | American Express Centurion Bank c/o Becket and Lee LLP | 865.42 | 7990-001 | | | 0.00 |
| 08/24/21 | | American Express Centurion Bank c/o Becket and Lee LLP | 514.30 | 7990-001 | | | 0.00 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 8

| **Case Number:** | 19-10293 VK | | **Trustee:** | David K. Gottlieb |
| --- | --- | --- | --- | --- |
| **Case Name:** | MAROTTO CORPORATION | | **Bank Name:** | Signature Bank |
| | | | **Account:** | ******8925 - Checking Account |
| **Taxpayer ID#:** | **-***0419 | | **Blanket Bond:** | $45,000,000.00 (per case limit) |
| **Period Ending:** | 09/09/21 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/24/21 | | American Express Centurion Bank c/o Becket and Lee LLP | 15,439.22 | 7100-001 | | | 0.00 |
| 08/24/21 | | American Express Centurion Bank c/o Becket and Lee LLP | 9,175.22 | 7100-001 | | | 0.00 |
| 08/24/21 | | Leader Electric | Unclaimed Funds 519.75 | 7100-001 | | | 0.00 |
| 08/24/21 | | Konica Minolta 1111 Old Eagle School Road Wilmington, DE 198 | 191.83 | 7990-001 | | | 0.00 |
| 08/24/21 | | Leader Electric | 29.13 | 7990-001 | | | 0.00 |
| 08/24/21 | | Konica Minolta 1111 Old Eagle School Road Wilmington, DE 198 | 3,422.29 | 7100-001 | | | 0.00 |

|  | | | |
| --- | --- | --- | --- |
| **ACCOUNT TOTALS** | **69,624.76** | **69,624.76** | **$0.00** |
| Less: Bank Transfers | 69,624.76 | 0.00 | |
| **Subtotal** | **0.00** | **69,624.76** | |
| Less: Payment to Debtors | | 14,842.57 | |
| **NET Receipts / Disbursements** | **$0.00** | **$54,782.19** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******6019** | 69,681.13 | 56.37 | 0.00 |
| **Checking # ******8925** | 0.00 | 54,782.19 | 0.00 |
| | **$69,681.13** | **$54,838.56** | **$0.00** |